FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 NOV 13 AM 11:56

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DON SMART, as administrator for )
the estate of Francis Wong, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV413-187
 )
UNITED STATES OF AMERICA, )
 )
    Defendant. )
_____ )

# O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 12.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 13th day of November 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA